NUMBER 13-04-615-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

ROBERT OLIVARES,                                                          Appellant,

v.

FIRST COMMUNITY CREDIT UNION,                                    Appellee.
_________________________________________________________

On appeal from the 343rd District Court 
of San Patricio County, Texas
_________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, ROBERT OLIVARES, attempted to perfect an appeal from a judgment
entered by the 343rd District Court of San Patricio County, Texas, in cause number
S-04-5474-CV-C. Judgment in this cause was signed on July 1, 2004. No timely
motion for new trial was filed. Pursuant to Tex. R. App. P. 26.1, appellant’s notice
of appeal was due on August 2, 2004, but was not filed until November 23, 2004. 
         Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court’s letter, the appeal would be
dismissed. Appellant ‘s untimely motion for leave to file notice of appeal was received
on January 4, 2005.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to timely perfect his appeal, and appellant’s untimely motion for
leave to file notice of appeal, is of the opinion that the appeal should be dismissed for
want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                               PER CURIAM


Memorandum Opinion delivered and 
filed this the 13th day of January, 2005.